UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITES STATES OF AMERICA

     v.                                         25-MJ-1331

DOMINIC DANIELS,
                    Defendant.
_____

**NOTICE OF MOTION AND MOTION**
**FOR EXTENSION OF THE RULE 48(B) DISMISSAL DATE**

THE UNITED STATES OF AMERICA, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Jeffrey E. Intravatola, Assistant United States Attorney, hereby moves the Court for an extension of the Rule 48(b) dismissal set for October 2, 2025, for a period of thirty (30) days for the reasons set forth in the affidavit.

    DATED: Buffalo, New York, September 26, 2025.

                                        MICHAEL DIGIACOMO
                                        United States Attorney


                      BY:    s/JEFFREY E. INTRAVATOLA
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              138 Delaware Avenue
                              Buffalo, New York 14202
                              716-843-5858
                              Jeffrey.Intravatola@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITES STATES OF AMERICA

      v.

                                                                                              25-MJ-1331

DOMINIC DANIELS,
                  Defendant.
_____

**AFFIDAVIT**

STATE OF NEW YORK  )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO    )

      **JEFFREY E. INTRAVATOLA,** being duly sworn, deposes and states:

      1.      I am an Assistant United States Attorney for the Western District of New York and assigned to my office's file regarding this action. This affidavit is submitted in support of the government's motion for an extension of the Federal Rules of Criminal Procedure Rule 48(b) dismissal date currently set for October 2, 2025.

      2.      On June 26, 2025, defendant appeared before the Magistrate Court for an initial appearance. On July 2, 2025, the Court held a detention hearing, at which it held its detention decision in abeyance pending an appearance on defendant's supervised release violation in a companion case and set a 48(b) dismissal date of October 2, 2025. In the companion case,

Chief Judge Wolford ordered defendant detained. Since that time, the parties have engaged in plea discussions, and, today, the government provided defendant with an approved plea agreement matching the terms that defense counsel indicated his client would accept. However, defense counsel needs to review the final agreement with his client, and the parties will need to schedule a change of plea. Given the timeframe, a change of plea hearing is unlikely to occur prior to the present Rule 48(b) date. To facilitate pretrial resolution of this matter, the parties therefore seek to adjourn the Rule 48(b) date for a period of thirty (30) days.

3. The government has spoken with defense counsel, Thomas Eoannou, Esq., who consents to this motion.

4. Speedy Trial time should be excluded to afford the parties time to negotiate a potential pretrial resolution in this matter and facilitate defendant's potential cooperation. The public's interest in conserving judicial and governmental resources, avoiding the time and expense of both a trial and a likely appeal, combined with the certainty of conviction that will be obtained through a plea resolution, outweighs the public's interests in a speedy trial. Furthermore, the defendant's interest in obtaining the benefit of accepting responsibility in this matter which will likely accompany a pretrial disposition outweighs the interest of the defendant in a speedy trial.

5. Based on the foregoing representations, the exclusion of time in this matter is in the interest of justice and not contrary to the interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

**WHEREFORE**, it is respectfully requested that the Rule 48(b) dismissal date be adjourned for a period of thirty (30) days from October 2, 2025 and that the time from and including October 2, 2025, up to and until the new Rule 48(b) date, be excluded from the Speedy Trial Act.

DATED: Buffalo, New York, September 26, 2025.

            s/JEFFREY E. INTRAVATOLA
            Assistant United States Attorney
            United States Attorney's Office
            Western District of New York
            138 Delaware Avenue
            Buffalo, New York 14202
            716-843-5858
            Jeffrey.Intravatola@usdoj.gov

Subscribed and sworn to before me
this 26th day of September, 2025.

s/ELIZABETH HARF
Commissioner of Deeds
In and for the City of Buffalo, New York.
My Commission Expires Dec. 31, 2026

3